BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    Telephone:    (510) 637-3723
    Facsimile:    (510) 637-3724
    E-mail:    Garth.Hire@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>BRIANNA NICOLE HOLLOWAY,<br><br>       Defendant. | No. CR 15-00266 HSG<br><br>STIPULATION AND ORDER TO SCHEDULE CHANGE OF PLEA HEARING AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Northern District of California and Assistant United States Attorney Garth Hire, and defendant Brianna Nicole Holloway, by and through her respective counsel of record, hereby stipulate as follows:

    1.    The parties anticipate that defendant Brianna Nicole Holloway will enter into a plea agreement with the government.

    2.    Accordingly, the parties request that this Court set a hearing for change of plea at 2:00 p.m. on Monday, July 10, 2017.

3.     A change of plea hearing cannot be scheduled before this date because defendant's counsel is unavailable from June 19 to the end of June and government counsel is not available on July 3, 2017.  Thus, an exclusion of time under the Speedy Trial Act for continuity of counsel, under 18 U.S.C. § 3161(h)(7)(B)(iv), from the presently scheduled status conference hearing date of June 19, 2017, to the change of plea hearing date of July 10, 2017, is appropriate.

IT IS SO STIPULATED.

Dated: June 19, 2017                    BRIAN J. STRETCH
                                        United States Attorney


                                        _____/s/_____
                                        GARTH HIRE
                                        Assistant United States Attorney

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA


_____/s/_____              6/16/2017
ERICK GUZMAN                            Date
Attorney for Defendant Brianna Nicole Holloway

### ORDER

The Court has considered the Stipulation to Schedule Change of Plea Hearing and Exclude Time Under the Speedy Trial Act.

THEREFORE, FOR GOOD CAUSE SHOWN:

A hearing for change of plea is set for defendant Brianna Nicole Holloway at 2:00 p.m. on Monday, July 10, 2017.  Time is excluded under the Speedy Trial Act from June 19, 2017 to July 10, 2017, for continuity of counsel under 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.


____6/19/2017_____       _____
DATE                                    HONORABLE HAYWOOD S. GILLIAM, JR.
                                        UNITED STATES DISTRICT JUDGE

2